FILED: February 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1118
(5:13-cv-00092-F)
_____

BRIAN C. BAKER,

      Plaintiff – Appellant,

  v.

BANK OF AMERICA, N. A., successor in interest to Countrywide Bank FSB; US BANK NATIONAL ASSOCIATION, as trustee for the benefit of the LXS 2007-16N trust fund; SPECIALIZED LOAN SERVICING LLC,

      Defendants – Appellees.

_____

O R D E R
_____

The court tentatively calendars this case for oral argument at the May 12-14, 2015, session of court.  The parties are directed to file supplemental briefs as to the effect on this case of the United States Supreme Court's decision in <u>Jesinoski v. Countrywide Home Loans</u>, 135 S. Ct. 790 (2015).

The clerk shall issue an appropriate briefing schedule.

For the Court

/s/ Patricia S. Connor, Clerk