Filed: February 18, 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 14-1118,    Brian Baker v. Bank of America, NA
                5:13-cv-00092-F

In accordance with the court's previous order of today's date, the court directs supplemental briefing as follows:

Supplemental briefs due: 03/11/2015

The briefs must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

/s/ PATRICIA S. CONNOR, CLERK
By: Michael Radday, Deputy Clerk