# No. 14-1118

In the

# United States Court of Appeals
## For the Fourth Circuit

―――――――――――

BRIAN C. BAKER, *Plaintiff-Appellant,*

v.

BANK OF AMERICA, N.A., successor in interest to Countrywide Bank FSB; U.S. BANK NATIONAL ASSOCIATION, as trustee for the benefit of the LXS 2007-16N trust fund; SPECIALIZED LOAN SERVICING LLC, *Defendants-Appellees.*

―――――――――――

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA AT RALEIGH

―――――――――――

## Joint Stipulation of Dismissal with Prejudice

―――――――――――

| | |
|---|---|
| James C. White | Seth A. Schaeffer |
| Michelle M. Walker | Matthew A. Fitzgerald |
| LAW OFFICE OF JAMES C. WHITE, P.C. | MCGUIREWOODS LLP |
| Post Office Box 16103 | One James Center |
| Chapel Hill, North Carolina 27516 | 901 East Cary Street |
| Telephone: (919) 246-4676 | Richmond, Virginia 23219 |
| Facsimile: (919) 246-9113 | Telephone: (804) 775-4716 |
| *Counsel for Appellant* | Facsimile: (804) 698-2251 |
| | *Counsel for Appellees* |

June 22, 2015

Pursuant to Federal Rules of Appellate Procedure 42(b), all parties jointly stipulate and agree to the dismissal of this appeal in its entirety with prejudice. Each party shall bear its own costs in accordance with the parties' separate settlement agreement.

Dated: June 22, 2015                                Respectfully Submitted,

*/s/ Michelle M. Walker*                            /s/ *Matthew A. Fitzgerald*

James C. White                                      Seth A. Schaeffer
Michelle M. Walker                                  Matthew A. Fitzgerald
LAW OFFICE OF JAMES C. WHITE, P.C.                  MCGUIREWOODS LLP
Post Office Box 16103                               One James Center
Chapel Hill, North Carolina 27516                   901 East Cary Street
Telephone: (919) 246-4676                           Richmond, Virginia 23219
Facsimile: (919) 246-9113                           Telephone: (804) 775-4716
                                                    Facsimile: (804) 698-2251

*Counsel for Appellant*                             *Counsel for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2015, I electronically filed the foregoing Joint Stipulation of Dismissal with Prejudice using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

>Seth A. Schaeffer
>Matthew A. Fitzgerald
>MCGUIREWOODS LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>Telephone:  (804) 775-4716
>sschaeffer@mcguirewoods.com
>mfitzgerald@mcguirewoods.com

*/s/ Michelle M. Walker*